UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

Barbara A. Ziobrowski )
)
)
v. ) C.A. 14-549-M
)
Carolyn W. Colvin, Acting )
Commissioner of the Social Security )
Administration )

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on August 31, 2015 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1)(B). The Plaintiff's Motion to Reverse, Remand or Modify the decision of the Commissioner is GRANTED and the Defendant's Motion to Affirm the decision of the Commissioner is DENIED. Final Judgment shall enter for the plaintiff remanding this matter to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

BY ORDER:

/s/ John J. McConnell, Jr.
John J. McConnell, Jr.
United States District Judge
September 18, 2015